**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRESCENICO GUZMAN GUTIERREZ,** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-1967** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **JESSICA SAGE, WARDEN, FCI LEWISBURG,** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 4th **DAY OF AUGUST 2026**, upon consideration of Petitioner Crescenico Guzman Gutierrez's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 6), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED IN PART**.
2. Respondent **SHALL PROVIDE** Petitioner Crescenico Guzman Gutierrez with an individualized bond hearing **within seven (7) days of the date of this Order**.
3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday August 13, 2026, at 5:00 P.M.** confirming that Petitioner Crescenico Guzman

Gutierrez has been provided with an individualized bond hearing and shall inform the Court of the results of that hearing.

4. Respondent is **PERMANENTLY ENJOINED** from detaining Crescenico Guzman Gutierrez pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge